UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK LATON STEWART, V59299,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS ARCE, Warden, et al.,<br><br>Defendant(s). | Case No. 24-cv-08820-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On August 20, 2025, the post office returned the court's mail to plaintiff as undeliverable and unable to forward. See ECF No. 10 at 1. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable and unable to forward, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: December 3, 2025

_____
CHARLES R. BREYER
United States District Judge